IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL CASE NO. 3:07cr211

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) vs. ) ) ) R. MICHAEL GEE. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant Gee's Motion to Sequester Witnesses and Incorporated Memorandum of Law [Doc. 99], filed October 15, 2008.

This motion seeks a ruling that witnesses be sequestered during the trial of this action. Such motions are more appropriately raised either on the morning of trial or immediately prior thereto and only then when the parties are not able to reach a stipulation concerning the same.

**IT IS, THEREFORE, ORDERED** that the Defendant Gee's Motion to Sequester Witnesses and Incorporated Memorandum of Law [Doc. 99] is hereby **DENIED** as premature.

Martin Reidinger
United States District Judge

Signed: February 18, 2009