IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL CASE NO. 3:07cr211-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| R. MICHAEL GEE. ) | |

**THIS MATTER** is before the Court on the Defendant's unopposed Motion to Extend Time to Serve Objections to Presentence Report to Probation Office. [Doc. 302].

The Defendant seeks an additional twenty (20) days to file objections to the first draft of the Presentence Investigation Report. For the reasons stated in the motion, it will be allowed.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Extend Time to Serve Objections to Presentence Report to Probation Office [Doc. 302] is **GRANTED**. The time to respond and file objections to the Presentence Report is extended to March 18, 2010.

Signed: February 25, 2010

Martin Reidinger
United States District Judge